# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Wu & Associates, Inc. | ) ASBCA Nos. 61777, 61908 |
| | ) |
| Under Contract No. N40085-14-D-5245 | ) |

APPEARANCE FOR THE APPELLANT:      Sean T. O'Meara, Esq.
                                                 Archer P.C.
                                                 Haddonfield, NJ

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                                 Navy Chief Trial Attorney
                                               Russell A. Shultis, Esq.
                                               Julie C. Ruggieri, Esq.
                                               Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE WILSON

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $283,858.00. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from October 12, 2018, until date of payment.

Dated: August 27, 2019

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

1

I concur

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 61777, 61908, Appeals of Wu & Associates, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2